United States Bankruptcy Court
Eastern District of Michigan

| In re: | Case No.: 10-53029 |
|---|---|
| Double G Ranch, LLC, | Chapter 11 |
| | Hon. Steven W. Rhodes |
| Debtor. | |

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Name of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Adelaide Barbieri<br>4601 Inverness Court<br>Dexter, MI 48130 | | Loan | | $260,000 |
| Gary Belfore<br>35345 North 94th Street<br>Scottsdale, AZ 85262 | | Loan | | $200,000 |
| Timothy McKay<br>14217 Middlebury Court<br>Shelby Township, MI 48315 | | Loan | | $571,000 |
| Peter J. Graves<br>9097 Pine Lake Road<br>East Jordan, MI 49727 | | Loan | | $660,000 |
| Depco Partners, LLC<br>4200 Middlebury St.<br>Elkhart, IN 46516 | | Loan | | $137,500 |
| Robert & Diane Drost<br>13720 Friendly Drive<br>Wolverine, MI 49799 | | Loan | | $150,000 |
| Faye Guss<br>23130 Gardner<br>Oak Park, MI 48237 | | Loan | | $142,000 |

| Name/Address | Contact | Type | | Amount |
|---|---|---|---|---|
| Corrine Smorra Kesteloot & Arthur Kesteloot<br>22156 Bordeaux<br>West Bloomfield, MI 48323 | | Loan | | $175,000 |
| Kenneth Law<br>3266 Interlaken<br>West Bloomfield, MI 48323 | | Loan | | $200,000 |
| Radom III Group<br>Butzel Long<br>41000 Woodward Avenue<br>Bloomfield Hills, MI 48304 | Thomas B. Radom<br>Butzel Long<br>41000 Woodward Avenue<br>Bloomfield Hills, MI 48304 | Loan | | $250,000 |
| Dallas Rhodes & Donice Breza<br>52539 S. Down Road<br>Shelby Township, MI 48316 | | Loan | | $130,000 |
| James & Kathy Schlueter<br>923 N. Harvey<br>Oak Park, IL 60302 | | Loan | | $130,000 |
| Gary Stroh<br>P.O. Box 2145<br>Eagle, CO 81631 | | Loan | | $250,000 |
| Susanne Stroh<br>40337 County Road 13<br>Elizabeth, CO 80107 | | Loan | | $250,000 |
| Weatherly Stroh Sammuelson<br>P.O. Box 404<br>Wolcott, CO 81655 | | Loan | | $250,000 |
| Ann Sulek<br>29499 Eldorado<br>Warren, MI 48093 | | Loan | | $205,000 |
| Carl & Susan Thompson<br>3461 S. East Court Drive<br>Stuart, FL 34997 | | Loan | | $450,000 |
| Michael Waterman Profit Sharing<br>165 Vorn Lane<br>Bloomfield, MI 48301 | | Loan | | $250,000 |

| Arlyne & Walter Zabawa<br>36428 Arlene<br>Sterling Heights, MI 48310 | | Loan | | $170,000 |
|---|---|---|---|---|
| Double G Arrowhead Orchards<br>6320 W. Union Hills Drive<br>Glendale, AZ 85308 | | Management Fees | | $213,000 |
| Double G Shea Medical Plaza<br>7425 E. Shea Blvd.<br>Scottsdale, AZ 85254 | | Management Fees | | $242,000 |

Date: 4-21-10

_____
Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE:

DOUBLE G RANCH, LLC,

      Debtor.

Case No. 10-
Chapter 11

Hon.

_____/

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF LIMITED LIABILITY COMPANY

I, Peter J. Graves, President of the above-named debtor in this case, declare under penalty of perjury that I have read the foregoing **List Of Creditors Holding 20 Largest Unsecured Claims** and that it is true and correct to the best of my information and belief.

Dated:

DOUBLE G RANCH, LLC

BY _/s/ Peter J. Graves_

ITS: _Managing Member_